■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMAR GILMORE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [954 NYS2d 511]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered June 29, 2011 in a habeas corpus proceeding. The judgment denied and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Sconiers, Valentino and Martoche, JJ.